# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE POLYESTER STAPLE      )
ANTITRUST LITIGATION       )     **MDL DOCKET NO: 3:03CV1516**
_____)     *Civil Docket No.: 3:03CV266*

SPRINGS INDUSTRIES, INC.,    )
         Plaintiff,      )
                           )
        vs.           )
                           )
WELLMAN, INC., et al.,      )
         Defendants.     )
_____)

       **THIS MATTER** comes before the Court on the joint motion of Plaintiff Springs

Industries, Incorporated ("Springs"), and Defendant Wellman, Incorporated ("Wellman")

to dismiss Defendant Wellman with prejudice. (*MDL Individual Action No.: 3:03CV266*)

Springs does not seek to dismiss any other claims or parties.

       **IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**. Accordingly,

Defendant Wellman is **DISMISSED WITH PREJUDICE**. Pursuant to the parties'

agreement, each party is to bear its own costs.

**Signed: September 2, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 28, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge