# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No.: 3:03CV00266
MDL Docket No.: 3:03CV1516

| | |
|---|---|
| SPRINGS INDUSTRIES, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ARTEVA SPECIALTIES, S.A.R.L.;<br>ARTEVA SERVICES S.A.R.L; and<br>TROY F. STANLEY, SR.,<br><br>　　　　　　Defendants. | ORDER DISMISSING<br>DEFENDANTS ARTEVA<br>SPECIALTIES, S.A.R.L.;<br>ARTEVA SERVICES<br>S.A.R.L.; AND TROY F.<br>STANLEY, SR. WITH<br>PREJUDICE |

For good cause shown, the above-captioned action is dismissed against Arteva Specialties, S.a.r.l. (now named INVISTA S.a.r.l.), Arteva Services S.a.r.l., and Troy F. Stanley, Sr. only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 2nd day of FEB., 2006.

　　　　　　　　　　　　　　　　　　　Richard L. Voorhees
　　　　　　　　　　　　　　　　　　　U.S. District Judge